UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Paul A. Levy,

             Plaintiff,

—v—

TD Ameritrade, *et al.*,

             Defendants.

FEB 1 4 2020

20-cv-1196 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

This action was erroneously opened when Paul A. Levy filed a motion to intervene in *Caron v. TD Ameritrade, et al.*, 19-cv-9015. The Clerk of Court is respectfully directed to transfer all filings in this action to 19-cv-9015, to close this case, and to refund Mr. Levy's filing fee. Chambers will mail a copy of this order to Mr. Levy and Mr. Caron and note their mailing on the docket.

SO ORDERED.

Dated: February 14, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge