USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Paul A. Levy,

     Plaintiff,

 –v–

TD Ameritrade, *et al.*,

     Defendants.

20-cv-01196 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

 As stated in the Court's February 14, 2020 Order, Dkt. No. 4, this case was erroneously opened when Paul A. Levy filed a motion to intervene in *Caron v. TD Ameritrade, et al.*, 19cv09015. Mr. Levy's motion and papers have since been properly filed in that case. Moreover, the Court issued an order today, November 30, 2020, denying the motion to intervene. This resolves Dkt. No. 2. The Clerk's office is respectfully directed to close this case and refund Mr. Levy's filing fee if it has not already done so.

SO ORDERED.

Dated: November 30, 2020
   New York, New York

_____
ALISON J. NATHAN
United States District Judge